IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN CHAMBERS**                                                                  **PLAINTIFF**

v.                           Case No. 4:22-cv-00686-DPM

**AMAZON SERVICES, LLC**                                        **DEFENDANT**

## ORDER

This case is closely related to several other cases recently removed to or filed in the Eastern District of Arkansas. In the interest of judicial economy and to help the Court handle these cases most efficiently, at the direction of the Court, this case is reassigned. United States District Judge Billy Roy Wilson was randomly assigned these cases. The Clerk of Court is directed to transfer immediately this case, and all cases listed on Court's Exhibit A attached hereto, to Judge Wilson.

All future cases closely related to these cases shall be assigned to Judge Wilson as related cases.

This Order is signed by the undersigned as Chief Judge *pro tem* because Chief Judge D. P. Marshall Jr. has a conflict necessitating his recusal in these cases.

It is so ordered this 4th day of November, 2022.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge

| Case Number | Case Style | Date Filed |
|---|---|---|
| 4:22-cv-00686-DPM | Chambers v. Amazon.com Services LLC | 7/29/2022 |
| 4:22-cv-00687-BSM | Leflar v. Home Depot Inc | 7/29/2022 |
| 4:22-cv-00688-DPM | Chambers v. Stihl Incorporated USA | 7/29/2022 |
| 4:22-cv-00690-BRW | Leflar v. HP Inc | 8/1/2022 |
| 4:22-cv-00723-KGB | Allinder v. Wahl Clipper Corporation | 8/12/2022 |
| 4:22-cv-00727-BRW | Leflar v. Target Corporation | 8/15/2022 |
| 4:22-cv-00743-BSM | Bridges v. Samsung Electronics America Inc | 8/22/2022 |
| 4:22-cv-00752-DPM | Chambers v. Bissell Homecare Inc | 8/23/2022 |
| 4:22-cv-00801-JM | Allinder v. Dollar General Corporation | 9/6/2022 |
| 4:22-cv-00875-KGB | Bennett v. Dyson Inc | 9/22/2022 |
| 4:22-cv-00969-BRW | Leflar v. Jo-Ann Stores LLC | 10/7/2022 |
| 4:22-cv-00972-KGB | Kelly v. Bed Bath & Beyond Inc | 10/7/2022 |
| 4:22-cv-00982-JM | Leflar v. Hobby Lobby Stores Inc | 10/11/2022 |
| 4:22-cv-00990-JM | Leflar v. Michaels Stores Inc | 10/11/2022 |
| 4:22-cv-01005-LPR | Campbell v. Academy Ltd | 10/18/2022 |
| 4:22-cv-01007-BRW | Kelly v. Lowe's Companies Inc | 10/18/2022 |
| 4:22-cv-01011-JM | Campbell v. Dick's Sporting Goods Inc | 10/19/2022 |
| 4:22-cv-01022-BSM | Leflar v. Best Buy Stores LP | 10/21/2022 |
| 4:22-cv-01050-JM | Bennett v. Keurig Green Mountain Inc | 10/31/2022 |

**Court's Exhibit A**