IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALCOLM ALLINDER**                                                                                    **PLAINTIFF**

v.                                                     **4:22-CV-00723-BRW**

**WAHL CLIPPER CORPORATION**                                                       **DEFENDANT**

## ORDER

For the same reasons set out in today's order denying remand in *Chambers v. Stihl, Incorporated USA*[1] and *Allinder v. Dollar General*,[2] Plaintiff's motion to remand (Doc. No. 34).

IT IS SO ORDERED this 11th day of August, 2023.

                                                                    Billy Roy Wilson
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] No. 4:22-cv-00688-BRW (E.D. Ark.), Doc. No. 41.

[2] No. 4:22-cv-00801-BRW (E.D. Ark.), Doc. No. 37.